

Wall Street Plaza, 88 Pine Street, 21st Floor, New York, NY 10005-1801
(212) 376-6400  Fax (212) 376-6490

Direct Dial:  (212) 376-6454
Email:  npchrysanthem@mdwcg.com

September 18, 2024

**VIA ECF**
Magistrate Judge James M. Wicks
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, New York 11722

      Re:    Alisha Price v. Kohn, Swift & Graf, P.C. and Neil L. Glazer
             Case No: 24-cv-04720 (JMW)
             Our File No.  :  08104.00192

Dear Judge Wicks:

      I represent the Defendants in the above-referenced matter.  I write to request permission to file a reply in further support of Defendants' request for permission to move to change the venue of this matter pursuant to F.R.C.P. § 12(b)(3) and/or 28 U.S.C. § 1404.  It is unclear to Defendants whether the Court's summary order of September 8 deemed Defendants' application the actual motion or the request for permission to move. Either way, we believe a reply will aid the Court in deciding the application.

                                Respectfully submitted,

                                Nicholas P. Chrysanthem

NPC/dms

cc:    **VIA ECF**
       Robert J. Hantman, Esq.
       Hantman & Associates
       Attorneys for Plaintiff
       1120 6th Avenue, 4th Floor
       New York, New York 10036